# United States District Court

NORTHERN _____ DISTRICT OF _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 19 2013
CLERK, U.S. DISTRICT COURT
By _____
          Deputy

UNITED STATES OF AMERICA

v.                                            CRIMINAL COMPLAINT

CLAYTON EARTHMAN                              CASE NUMBER: 3:13-MJ-365-BH

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 18, 2013 in Dallas County, in the Northern District of Texas, defendant, Clayton Earthman, an unlawful user and addict of controlled substances was in possession of a firearm, in violation of 18 U.S.C. § 922(g)(3).

I further state that I am a Special Agent with the ATF and that this complaint is based on the following facts:

See attached Affidavit, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    X Yes    No

                                            _____
                                            Signature of Complainant
                                            CHRISTOPHER PUTNAM
                                            SPECIAL AGENT, ATF

Sworn to before me and subscribed in my presence on ~~August~~ June 19, 2013, at Dallas, Texas.

IRMA C. RAMIREZ                             _____
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer            Signature of Judicial Officer

# AFFIDAVIT OF

Special Agent Christopher Putnam,
Bureau of Alcohol, Tobacco, Firearms and Explosives,
Dallas VII Field Office,
1114 Commerce Street, Room 303
Dallas, Texas 75242

I, Christopher Putnam, having been duly sworn, do hereby state and depose as follows:

1. I am employed as a Special Agent for the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I am currently assigned to the ATF Dallas VII Field Office. In connection with my official duties, I investigate criminal violations of the Federal Firearms Laws and Controlled Substances Act. I have been involved in numerous investigations of persons who are prohibited from lawfully possessing firearms and ammunition. I have had extensive experience in the execution of firearms and narcotics search warrants, debriefing of defendants, informants, witnesses, and other persons who have personal knowledge of the amassing, spending, converting, transporting, distribution, laundering, and concealing of proceeds of controlled substances trafficking. Additionally, I know that individuals who are unlawful users of and/or addicted to controlled substances are prohibited from possessing firearms and ammunition, which have previously traveled in interstate or foreign commerce and that this is a violation of Title 18, United States Code, Section 922(g)(3).

2. On June 18, 2013, at approximately 2:00 p.m., Officers of the Dallas Police Department, conducted a traffic stop in the 6600 block of Lovett, Dallas, Dallas County, Northern District of Texas. Officers determined that the vehicle was driven by Clayton Todd EARTHMAN (W/M 07/24/1988). Officers stopped EARTHMAN because of his failure to stop at the stop sign located at the intersection of Lovett and Hilltop. Officers observed a pistol in plain view on the floorboard at the driver's feet. Officers removed EARTHMAN from the vehicle and detained for officer safety. Officer's recovered the Glock, Model 32, .357 caliber pistol, Serial Number KUK564, in the vehicle. During a inventory search of the vehicle officers located large amounts of chemicals, supplies, and

literature suspected to be for bomb making purposes. Also recovered were several hand written notes describing how to build various explosive devices and booby traps. EARTHMAN stated to Officers at the scene that he last used methamphetamine approximately three days prior.

3. EARTHMAN was transported to the Dallas Police Department Southeast Substation and interviewed by ATF Task Force Officer Tom Jones, Detective DPD Deployment. After being advised of his Constitutional rights, pursuant to the Miranda decision, which he acknowledged and signed a waiver, EARTHMAN advised Jones that he is a drug user. EARTHMAN stated that he last used methamphetamine three days ago and that he believes that he is addicted to marijuana. EARTHMAN further stated that he is currently taking methadone to quit using heroin which he used for approximately one year. EARTHMAN also stated that the firearm and all the chemicals that were located in his vehicle belonged to him. EARTHMAN advised Jones that he is a "Doom's day prepper", and that he had more firearms and large amounts of chemicals at his residence in Waxahachie, TX. EARTHMAN signed a Consent to Search form and was transported to his residence located at 528 Grande Casa Rd Waxahachie, TX.

4. During the search of his residence, Officers and Agents recovered another firearm a Ruger Mini-14 .223 rifle bearing serial number 196-58491. Also recovered from the residence were more chemicals, supplies and literature along with hand written notes on building explosives and weapons.

5. Supervisory Special Agent Joseph A. Patterson, ATF, has advised me that based upon his training and experience, that a Glock, Model 32, .357 caliber pistol, Serial Number KUK564, was not manufactured in the State of Texas. Additionally, the firearm would have affected interstate or foreign commerce to be possessed by an individual in the State of Texas.

6. I have reviewed the computerized criminal history regarding EARTHMAN and determined that he has been arrested and convicted of the following misdemeanor offense:

AFFIDAVIT – PUTNAM – PAGE 2

    A. June 26, 2008, convicted of Possession of Marijuana < 2oz in the 40th District Court of Waxahachie, Texas.

7.    Based on this information, I believe that Clayton Todd EARTHMAN is an unlawful user of and/or addicted to a controlled substance and unlawfully possessed a firearm in the City of Dallas, Dallas County, Northern District of Texas, in violation of Title 18, United States Code, Section 922(g)(3).

*[signature]*
Special Agent Christopher Putnam
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

SUBSCRIBED and SWORN to before me on this 19th day of June, 2013.

*[signature]*
HONORABLE IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

AFFIDAVIT – PUTNAM – PAGE 3