

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. |
| CLAYTON TODD EARTHMAN | § § | 3-13CR-253-D |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 2 2013

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## INDICTMENT

The Grand Jury Charges:

### Count One
### Possession of a Firearm by a Prohibited Person
### (Violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2))

On or about June 18, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Clayton Todd Earthman**, then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802, did knowingly possess in and affecting interstate and foreign commerce, firearms, to wit: a Glock, Model 32, .357 caliber pistol, a Ruger, Model Mini-14, .223 caliber rifle and a Taurus, Model "The Judge," .44/410 caliber revolver.

In violation of 18 U.S.C. §§ 922(g)(3) and 924(a)(2).

**Indictment - Page 1**

## Count Two

Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§§ 5841, 5861(d) and 5871)

On or about June 18, 2013, in the Dallas Division of the Northern District of Texas, the defendant, **Clayton Todd Earthman**, knowingly possessed a firearm, a destructive device, bomb, and grenade, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**Indictment - Page 2**

A TRUE BILL

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
TALY HAFFAR
Assistant United States Attorney
Texas Bar No. 24038935
1100 Commerce Street, Third Floor
Dallas, Texas  75242-1699
Tel:  214.659.8600
Fax: 214.767.4913
Email: taly.haffar@usdoj.gov

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CLAYTON TODD EARTHMAN

INDICTMENT

18 U.S.C. §§ 922(g)(3) and 924(a)(2)
Possession of a Firearm by a Prohibited Person

26 U.S.C. §§ 5861(d) and 5871
Possession of an Unregistered Firearm

2 Counts

A true bill rendered

DALLAS                                             FOREPERSON

Filed in open court this _____ day of July, A.D., 2013.

                                                        Clerk

DEFENDANT CLAYTON TODD EARTHMAN IN CUSTODY

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Magistrate No. 3:13-MJ-377-BH